**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: Robby Poet** | : | **Chapter 7** |
| | : | |
| | : | **Case No. 26-13501 (PMM)** |
| | : | |
| **Debtor.** | : | |

## ORDER TO SHOW CAUSE

**AND NOW,** the Debtor having failed to appear at two (2)) scheduled §341 meetings, see doc. no. 20;

It is hereby **ORDERED**, that the Debtor **SHALL APPEAR** for a hearing on **Wednesday, October 28, 2026 at 9:30 a.m. in Bankruptcy Courtroom No. 3, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107** and **show cause** why this case should not be dismissed for failure to appear at any of the §341 meetings.

Failure to appear for the hearing may result in **dismissal** of this case without further notice or hearing.

Patricia M. Mayer

**Date: 10/7/26**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Robby Poet
41 Caenarvon Lane
Haverford, PA 19041-1048