**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 7** |
| **Robby Poet,** | : | |
| **Debtor.** | : | **Case No. 26-13501 (PMM)** |

**ORDER CONTINUING HEARING**

**AND NOW**, upon consideration of the Order to Show Cause why the Debtor's case should not be dismissed (doc. #23, the "Show Cause Order");

It is hereby **ordered** that the hearing on the Order to Show Cause is continued to **Wednesday, December 2, 2026 at 9:30 a.m.** in Bankruptcy Courtroom No. 3, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107.

Dated: 10/28/26

Patricia M. Mayer

Hon. Patricia M. Mayer
United States Bankruptcy Judge